UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | 1:03-md-01570-GBD-SN |
| Cleveland Bannister, individually, as injured person<br><br>Joshua M. Barnes Sr., individually, as injured person<br><br>Anthony Barrera, individually, as injured person<br><br>Charles Bornhoeft, individually, as injured person<br><br>Richard Bottorff, individually, as injured person<br><br>Sandra Burns, individually, as injured person<br><br>Sharon Bwalya, individually, as injured person<br><br>Leslie Caballero, individually, as injured person<br><br>Edward S. Callan, individually, as injured person<br><br>Marco A. Chauca, individually, as injured person<br><br>Juan Cotto, individually, as injured person<br><br>Kimberly Crowder, individually, as injured person<br><br>Anthony D'Annunzio, individually, as injured person | Civil Docket Number: 1:26-cv-07212<br><br>**IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

James Gallagher, individually, as injured person

William Galloway, individually, as injured person

Michel Gauthier, individually, as injured person

Peter Gennari, individually, as injured person

Joseph Giacona, individually, as injured person

Paul Girola, individually, as injured person

Anthony Grogan, individually, as injured person

Michael Harty, individually, as injured person

Arthur Horowitz, individually, as injured person

Matthew Kaider Jr., individually, as injured person

Robert Kelly, individually, as injured person

Joseph Douglas Leonardi, individually, as injured person

Lillie Marie Leonardi, individually, as injured person

John Levandoski, individually, as injured person

Philip Levenson, individually, as injured person

Edna Lewis, individually, as injured person

Franklin Lewis, individually, as injured person

Joseph Lewis, individually, as injured person

Kevin Lewis, individually, as injured person

Wilma Lewis, individually, as injured person

Andrew Liakos, individually, as injured person

Eng Lian, individually, as injured person

Sheila R. Lieber, individually, as injured person

Joseph Robert Lienau, individually, as injured person

Norman Lind III, individually, as injured person

Angela Lindbergh, individually, as injured person

Sharon Lindo, individually, as injured person

Richard Salvatore Lisi, individually, as injured person

Jason Lobman, individually, as injured person

Anthony LoGiudice, individually, as injured person

Robin Lohier, individually, as injured person

James Lombardo, individually, as injured person

Frances Long, individually, as injured person

Veronica Loomis, individually, as injured person

Anthony Lopez, individually, as injured person

Joseph Lopez, individually, as injured person

Jane LoPresti, individually, as injured person

Anthony LoPresto, individually, as injured person

William Low, individually, as injured person

Kalmus Lowe, individually, as injured person

Edward P. Lubach, individually, as injured person

Andrew Luisi, individually, as injured person

Arthur Lukas, individually, as injured person

Diana Lumbrazo, individually, as injured person

Laurence Lutes, individually, as injured person

Bruce Madonna, individually, as injured person

Jason Maggio, individually, as injured person

John Maier, individually, as injured person

Charles Maikish, individually, as injured person

Alexander Maio, individually, as injured person

William Maiurro, individually, as injured person

Allen Majors, individually, as injured person

Anna Maks, individually, as injured person

Minerva Maldonado, individually, as injured person

Donna Malkentzos, individually, as injured person

Robert Mammolito, individually, as injured person

Bart Mangiapanella, individually, as injured person

Anna Marie Mangiaracina, individually, as injured person

Cheryl Mangin, individually, as injured person

Richard Mania, individually, as injured person

Charles Mann Jr., individually, as injured person

Jacqueline Manzo, individually, as injured person

Allegra Maple, individually, as injured person

Cathy A. Marchese-Collins, individually, as injured person

Anthony Mariano, individually, as injured person

Joseph R. Marrero, individually, as injured person

Anthony Marshall, individually, as injured person

Clifton Marshall, individually, as injured person

James Martin, individually, as injured person

Michael Martin, individually, as injured person

Monte Martin, individually, as injured person

Carlos Martinez, individually, as injured person

Christopher Martinez, individually, as injured person

Robert Mastromano, individually, as injured person

Myah Mathura, individually, as injured person

Willie Matos, individually, as injured person

Frederick Matthews, individually, as injured person

Jan Matula, individually, as injured person

Edward Matuszak, individually, as injured person

Beverly Maysonet, individually, as injured person

Claude Mazza, individually, as injured person

Lawrence Mazzelli, individually, as injured person

Beth Mazzeo, individually, as injured person

Phyllis McAllister, individually, as injured person

Alonzo E. McBean, individually, as injured person

William J. McCabe, individually, as injured person

Bertina McCline, individually, as injured person

Plaintiffs,

v.

Islamic Republic of Iran,

Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the

Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV- 9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

☐ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq*.

☒ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under

8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

**IDENTIFICATION OF NEW PLAINTIFFS**

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

c. As indicated at Appendix 1, Plaintiffs are persons who suffer from physical injuries and/or illnesses as a result of the September 11, 2001 Terrorist Attacks.

d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6. The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Raymond C. Silverman*

Raymond C. Silverman
Melanie H. Muhlstock
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 466-6665
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com

*Attorneys for Plaintiffs*

**APPENDIX 1**

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Cleveland Bannister | NY | US | Cleveland Bannister | Self (Injury) | US | Personal Injury |
| 2. | Joshua M. Barnes Sr. | NY | US | Joshua M. Barnes Sr. | Self (Injury) | US | Personal Injury |
| 3. | Anthony Barrera | NJ | US | Anthony Barrera | Self (Injury) | US | Personal Injury |
| 4. | Charles Bornhoeft | NJ | US | Charles Bornhoeft | Self (Injury) | US | Personal Injury |
| 5. | Richard Bottorff | NY | US | Richard Bottorff | Self (Injury) | US | Personal Injury |
| 6. | Sandra Burns | NY | US | Sandra Burns | Self (Injury) | US | Personal Injury |
| 7. | Sharon Bwalya | VA | US | Sharon Bwalya | Self (Injury) | US | Personal Injury |
| 8. | Leslie Caballero | LA | US | Leslie Caballero | Self (Injury) | US | Personal Injury |
| 9. | Edward S. Callan | NJ | US | Edward S. Callan | Self (Injury) | US | Personal Injury |
| 10. | Marco A. Chauca | NJ | US | Marco A. Chauca | Self (Injury) | US | Personal Injury |
| 11. | Juan Cotto | NY | US | Juan Cotto | Self (Injury) | US | Personal Injury |
| 12. | Kimberly Crowder | NY | US | Kimberly Crowder | Self (Injury) | US | Personal Injury |
| 13. | Anthony D'Annunzio | NY | US | Anthony D'Annunzio | Self (Injury) | US | Personal Injury |
| 14. | James Gallagher | PA | US | James Gallagher | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 15. | William Galloway | NY | US | William Galloway | Self (Injury) | US | Personal Injury |
| 16. | Michel Gauthier | NY | US | Michel Gauthier | Self (Injury) | US | Personal Injury |
| 17. | Peter Gennari | NY | US | Peter Gennari | Self (Injury) | US | Personal Injury |
| 18. | Joseph Giacona | NY | US | Joseph Giacona | Self (Injury) | US | Personal Injury |
| 19. | Paul Girola | NY | US | Paul Girola | Self (Injury) | US | Personal Injury |
| 20. | Anthony Grogan | NY | US | Anthony Grogan | Self (Injury) | US | Personal Injury |
| 21. | Michael Harty | NY | US | Michael Harty | Self (Injury) | US | Personal Injury |
| 22. | Arthur Horowitz | NY | US | Arthur Horowitz | Self (Injury) | US | Personal Injury |
| 23. | Matthew Kaider Jr. | NY | US | Matthew Kaider Jr. | Self (Injury) | US | Personal Injury |
| 24. | Robert Kelly | NY | US | Robert Kelly | Self (Injury) | US | Personal Injury |
| 25. | Joseph Douglas Leonardi | NY | US | Joseph Douglas Leonardi | Self (Injury) | US | Personal Injury |
| 26. | Lillie Marie Leonardi | PA | US | Lillie Marie Leonardi | Self (Injury) | US | Personal Injury |
| 27. | John Levandoski | AL | US | John Levandoski | Self (Injury) | US | Personal Injury |
| 28. | Philip Levenson | NY | US | Philip Levenson | Self (Injury) | US | Personal Injury |
| 29. | Edna Lewis | NJ | US | Edna Lewis | Self (Injury) | US | Personal Injury |
| 30. | Franklin Lewis | NY | US | Franklin Lewis | Self (Injury) | US | Personal Injury |
| 31. | Joseph Lewis | NC | US | Joseph Lewis | Self (Injury) | US | Personal Injury |
| 32. | Kevin Lewis | NY | US | Kevin Lewis | Self (Injury) | US | Personal Injury |
| 33. | Wilma Lewis | NY | US | Wilma Lewis | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 34. | Andrew Liakos | CA | US | Andrew Liakos | Self (Injury) | US | Personal Injury |
| 35. | Eng Lian | NJ | US | Eng Lian | Self (Injury) | US | Personal Injury |
| 36. | Sheila R. Lieber | NY | US | Sheila R. Lieber | Self (Injury) | US | Personal Injury |
| 37. | Joseph Robert Lienau | NY | US | Joseph Robert Lienau | Self (Injury) | US | Personal Injury |
| 38. | Norman Lind III | NC | US | Norman Lind III | Self (Injury) | US | Personal Injury |
| 39. | Angela Lindbergh | NY | US | Angela Lindbergh | Self (Injury) | US | Personal Injury |
| 40. | Sharon Lindo | FL | US | Sharon Lindo | Self (Injury) | US | Personal Injury |
| 41. | Richard Salvatore Lisi | NJ | US | Richard Salvatore Lisi | Self (Injury) | US | Personal Injury |
| 42. | Jason Lobman | NY | US | Jason Lobman | Self (Injury) | US | Personal Injury |
| 43. | Anthony LoGiudice | NC | US | Anthony LoGiudice | Self (Injury) | US | Personal Injury |
| 44. | Robin Lohier | NC | US | Robin Lohier | Self (Injury) | US | Personal Injury |
| 45. | James Lombardo | NY | US | James Lombardo | Self (Injury) | US | Personal Injury |
| 46. | Frances Long | NY | US | Frances Long | Self (Injury) | US | Personal Injury |
| 47. | Veronica Loomis | NY | US | Veronica Loomis | Self (Injury) | US | Personal Injury |
| 48. | Anthony Lopez | NJ | US | Anthony Lopez | Self (Injury) | US | Personal Injury |
| 49. | Joseph Lopez | NY | US | Joseph Lopez | Self (Injury) | US | Personal Injury |
| 50. | Jane LoPresti | NY | US | Jane LoPresti | Self (Injury) | US | Personal Injury |
| 51. | Anthony LoPresto | NJ | US | Anthony LoPresto | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 52. | William Low | NJ | US | William Low | Self (Injury) | US | Personal Injury |
| 53. | Kalmus Lowe | NY | US | Kalmus Lowe | Self (Injury) | US | Personal Injury |
| 54. | Edward P. Lubach | NJ | US | Edward P. Lubach | Self (Injury) | US | Personal Injury |
| 55. | Andrew Luisi | NY | US | Andrew Luisi | Self (Injury) | US | Personal Injury |
| 56. | Arthur Lukas | NY | US | Arthur Lukas | Self (Injury) | US | Personal Injury |
| 57. | Diana Lumbrazo | NY | US | Diana Lumbrazo | Self (Injury) | US | Personal Injury |
| 58. | Laurence Lutes | NJ | US | Laurence Lutes | Self (Injury) | US | Personal Injury |
| 59. | Bruce Madonna | NY | US | Bruce Madonna | Self (Injury) | US | Personal Injury |
| 60. | Jason Maggio | AZ | US | Jason Maggio | Self (Injury) | US | Personal Injury |
| 61. | John Maier | NY | US | John Maier | Self (Injury) | US | Personal Injury |
| 62. | Charles Maikish | NY | US | Charles Maikish | Self (Injury) | US | Personal Injury |
| 63. | Alexander Maio | NY | US | Alexander Maio | Self (Injury) | US | Personal Injury |
| 64. | William Maiurro | NY | US | William Maiurro | Self (Injury) | US | Personal Injury |
| 65. | Allen Majors | NY | US | Allen Majors | Self (Injury) | US | Personal Injury |
| 66. | Anna Maks | NJ | US | Anna Maks | Self (Injury) | US | Personal Injury |
| 67. | Minerva Maldonado | NY | US | Minerva Maldonado | Self (Injury) | US | Personal Injury |
| 68. | Donna Malkentzos | NJ | US | Donna Malkentzos | Self (Injury) | US | Personal Injury |
| 69. | Robert Mammolito | NJ | US | Robert Mammolito | Self (Injury) | US | Personal Injury |
| 70. | Bart Mangiapanel la | NC | US | Bart Mangiapanel la | Self (Injury) | US | Personal Injury |

| # | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Victim's Full Name | Plaintiff's Relationship to 9/11 Victim | 9/11 Victim's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 71. | Anna Marie Mangiaracina | NY | US | Anna Marie Mangiaracina | Self (Injury) | US | Personal Injury |
| 72. | Cheryl Mangin | VA | US | Cheryl Mangin | Self (Injury) | US | Personal Injury |
| 73. | Richard Mania | NJ | US | Richard Mania | Self (Injury) | US | Personal Injury |
| 74. | Charles Mann Jr. | NY | US | Charles Mann Jr. | Self (Injury) | US | Personal Injury |
| 75. | Jacqueline Manzo | NY | US | Jacqueline Manzo | Self (Injury) | US | Personal Injury |
| 76. | Allegra Maple | NY | US | Allegra Maple | Self (Injury) | US | Personal Injury |
| 77. | Cathy A. Marchese-Collins | NY | US | Cathy A. Marchese-Collins | Self (Injury) | US | Personal Injury |
| 78. | Anthony Mariano | CT | US | Anthony Mariano | Self (Injury) | US | Personal Injury |
| 79. | Joseph R. Marrero | NY | US | Joseph R. Marrero | Self (Injury) | US | Personal Injury |
| 80. | Anthony Marshall | GA | US | Anthony Marshall | Self (Injury) | US | Personal Injury |
| 81. | Clifton Marshall | NY | US | Clifton Marshall | Self (Injury) | US | Personal Injury |
| 82. | James Martin | NY | US | James Martin | Self (Injury) | US | Personal Injury |
| 83. | Michael Martin | NJ | US | Michael Martin | Self (Injury) | US | Personal Injury |
| 84. | Monte Martin | NY | US | Monte Martin | Self (Injury) | US | Personal Injury |
| 85. | Carlos Martinez | NY | US | Carlos Martinez | Self (Injury) | US | Personal Injury |
| 86. | Christopher Martinez | NY | US | Christopher Martinez | Self (Injury) | US | Personal Injury |
| 87. | Robert Mastromano | NY | US | Robert Mastromano | Self (Injury) | US | Personal Injury |
| 88. | Myah Mathura | NY | US | Myah Mathura | Self (Injury) | US | Personal Injury |
| 89. | Willie Matos | FL | US | Willie Matos | Self (Injury) | US | Personal Injury |

| # | **Plaintiff's Name (alphabetical by last name)** | **Plaintiff's State of Residency at Filing (or death)** | **Plaintiff's Citizenship/ Nationality on 9/11/2001** | **9/11 Victim's Full Name** | **Plaintiff's Relationship to 9/11 Victim** | **9/11 Victim's Citizenship/ Nationality on 9/11/2001** | **Nature of Claim (wrongful death, solatium, personal injury)** |
|---|---|---|---|---|---|---|---|
| 90. | Frederick Matthews | NY | US | Frederick Matthews | Self (Injury) | US | Personal Injury |
| 91. | Jan Matula | NY | US | Jan Matula | Self (Injury) | US | Personal Injury |
| 92. | Edward Matuszak | NY | US | Edward Matuszak | Self (Injury) | US | Personal Injury |
| 93. | Beverly Maysonet | NY | US | Beverly Maysonet | Self (Injury) | US | Personal Injury |
| 94. | Claude Mazza | NY | US | Claude Mazza | Self (Injury) | US | Personal Injury |
| 95. | Lawrence Mazzelli | NY | US | Lawrence Mazzelli | Self (Injury) | US | Personal Injury |
| 96. | Beth Mazzeo | NY | US | Beth Mazzeo | Self (Injury) | US | Personal Injury |
| 97. | Phyllis McAllister | PA | US | Phyllis McAllister | Self (Injury) | US | Personal Injury |
| 98. | Alonzo E. McBean | NY | US | Alonzo E. McBean | Self (Injury) | US | Personal Injury |
| 99. | William J. McCabe | NY | US | William J. McCabe | Self (Injury) | US | Personal Injury |
| 100. | Bertina McCline | NY | US | Bertina McCline | Self (Injury) | US | Personal Injury |